THE STATE EX REL. ANDREWS, APPELLANT, *v.* CHARDON
POLICE DEPARTMENT ET AL., APPELLEES.

[Cite as *State ex rel. Andrews v. Chardon Police Dept.*, 137 Ohio St.3d 468, 2013-Ohio-4772.]

(No. 2013–0816—Submitted August 20, 2013—Decided November 7, 2013.)

**Per Curiam.**

{¶ 1} We affirm the Eleventh District Court of Appeals' decision denying John Mark Andrews's request for reconsideration of a judgment rendered in a public-records mandamus case.

{¶ 2} Insofar as Andrews challenges the Eleventh District Court of Appeals' February 4, 2013 judgment denying his petition for a writ of mandamus, he failed to file a timely appeal from that judgment. S.Ct.Prac.R. 6.01(A)(1). The motion for reconsideration that Andrews filed in the court of appeals did not extend his time to appeal that court's judgment. *State ex rel. Manuel v. Stenson*, 126 Ohio St.3d 52, 2010-Ohio-2673, 930 N.E.2d 310, ¶ 1. Andrews cannot use an appeal from a denial of his motion for reconsideration as a substitute for a timely appeal from the judgment. *Id.*

{¶ 3} Insofar as Andrews appeals the court of appeals' denial of his motion for reconsideration, that court lacked jurisdiction to consider a motion for reconsideration and thus correctly denied the motion. A request for reconsideration of a

judgment rendered by an appellate court in an original action is a nullity because App.R. 26(A) is inapplicable. *Phillips v. Irwin,* 96 Ohio St.3d 350, 2002-Ohio-4758, 774 N.E.2d 1218, ¶ 5. Because the Eleventh District lacked jurisdiction over his motion (and thus correctly denied it), we affirm. We also dismiss appellees' motion to dismiss as moot.

{¶ 4} Based on the foregoing, we affirm.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

---

John Mark Andrews, pro se.

James R. Flaiz, Geauga County Prosecuting Attorney, and Bridey Matheney, Assistant Prosecuting Attorney; and James M. Gillette, Chardon Law Director and Police Prosecuting Attorney, for appellees.